IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADOLPH MUIR, et al.,

        Plaintiffs,

v.

AM SOLUTIONS, LLC, et al.,

        Defendant.

CIVIL ACTION
NO. 18-729

## **ORDER**

**AND NOW**, this 17th day of April 2019, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 20), Plaintiffs' Amended Response and Cross-Motion to Stay (Doc. No. 22), Plaintiffs' Supplemental Memorandum Regarding the Exercise of Personal Jurisdiction Over Defendant Law Offices of Damian G. Waldman, P.A. (Doc. No. 40), and Plaintiffs' Supplemental Memorandum in Support of the Motion to Dismiss (Doc. No. 41), the arguments of counsel at the hearing held on November 19, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 20) is **DENIED**, insofar as it relates to the issue of personal jurisdiction over Defendant Law Offices of Damian G. Waldman, P.A. Defendant Law Offices of Damian G. Waldman, P.A. shall remain a Defendant in this case.

2. The Motion to Dismiss (Doc. No. 20) shall remain open, but only to the extent that it relates to the issue of whether the Amended Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. Plaintiffs shall have until **May 3, 2019** to file a Response in Opposition to Defendants' Rule 12(b)(6) arguments.

4. Defendants shall have until **May 10, 2019** to file a Reply.

5. Given the protracted nature of jurisdictional discovery and the briefing schedule as set forth above, this case shall remain in **SUSPENSE**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.