IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADOLPH MUIR, et al.,

        Plaintiffs,

v.

AM SOLUTIONS, LLC, et al.,

        Defendant.

CIVIL ACTION
NO. 18-729

## ORDER

**AND NOW**, this 1st day of August 2019, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 20), Plaintiffs' Second Response to the Motion to Dismiss (Doc. No. 46), and Defendants' Responses in Further Support of the Motion to Dismiss (Doc. Nos. 48, 49), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 20) is **DENIED**. Defendants shall file an Answer to the Amended Complaint by **August 16, 2019**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.